UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BRADLEY MALWITZ,

        Plaintiff,

    v.                                  Case No. 21-cv-0404-bhl

K. ZUBKE, et al.,

        Defendants.

## ORDER

On March 31, 2021, plaintiff Bradley Malwitz, who is representing himself, filed this civil rights lawsuit along with a *partial* civil case filing fee. Dkt. No. 1. The clerk's office sent him a letter that same day explaining that he was required to either submit the remainder of the civil case filing fee or submit a motion for leave to proceed without prepayment of the filing fee within 21 days. Dkt. No. 6. The clerk's office warned Malwitz that failure to comply with the requirement may result in dismissal of the case. *Id*. The deadline has passed and Malwitz still has not complied with the requirement. The Court is therefore inclined to dismiss this case without prejudice based on failure to prosecute. But before doing so, the Court will give Malwitz one more opportunity to comply with the requirement. Accordingly,

**IT IS ORDERED** that, **within 14 days of this order**, Malwitz must either submit the remainder of the filing fee (**$52.00**) or submit a motion for leave to proceed without prepayment of the filing fee. Failure to comply with this order will result in dismissal of this case without prejudice.

Dated at Milwaukee, Wisconsin this 11th day of May, 2021.

                                                  s/ *Brett H. Ludwig*
                                                  Brett H. Ludwig
                                                  United States District Judge